IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 6:12CR92 |
| | * | |
| JAMES WYATT ADAMS | * | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

<u>Violation</u>: Title 18, United States Code, Section 1343 (Wire fraud)

In or about 2008, in Panola County, in the Eastern District of Texas, and elsewhere, the defendant, James Wyatt Adams, knowingly devised and intended to devise a scheme to defraud Ford Motor Company, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

At all relevant times, James Wyatt Adams (Adams) was the owner of Excel Ford, a new and used car dealership in Panola County, Texas. As part of an agreement with Ford Motor Company, Excel Ford could qualify for certain incentives and rebates when Ford automobiles were sold under certain conditions. For example, Excel Ford could qualify for a monetary incentive when it sold a vehicle that qualified because certain aftermarket equipment, such as a trailer hitch or tool box, was added to the vehicle. It was part of the scheme that James Wyatt Adams represented, or caused to be represented, to Ford Motor Company, that certain vehicles qualified for the various incentives and that Excel Ford was

therefore entitled to receive the incentives when, in fact, the vehicles did not qualify and Excel Ford was not entitled to receive the incentives.

On or about July 25, 2008, in Panola County, in the Eastern District of Texas, the defendant, James Wyatt Adams, for the purpose of executing and attempting to execute the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, specifically, by use of the Internet, to Ford Motor Credit, various documents relating to the sale of a 2008 Ford truck, VIN XXXXXXXXXXXXX7213, wherein the defendant represented that Excel Ford had installed a trailer hitch, tool box, and bed liner, which representations were false and the defendant knew them to be false,

All in violation of Title 18, United States Code, Section 1343.

JOHN M. BALES
UNITED STATES ATTORNEY

ALAN R. JACKSON
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, Texas  75702
Texas Bar No. 10453300
(903) 590-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 6:12CR92 |
| | * | |
| JAMES WYATT ADAMS | * | |

NOTICE OF PENALTY

## Count 1

Violation:   Title 18, United States Code, Section 1343 (Wire fraud)

Penalty:   A fine of not more than $250,000; imprisonment for not more than twenty (20) years; a term of supervised release of not more than three (3) years.

Special Assessment:   $100.00